UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERIC L. BOYLE,

                Plaintiff,

-vs-                                                Case No. 2:10-cv-168-FtM-36SPC

CHARLOTTE COUNTY, FLORIDA; CITY OF
PORT CHARLOTTE, FLORIDA; PORT
CHARLOTTE POLICE DEPARTMENT; PORT
CHARLOTTE SHERIFF'S DEPARTMENT; J.
MILLS, Detective Badge #2063 (Charlotte County
Sheriff); CHRIS BARAS, Officer Badge #2090
Charlotte County Sheriff; ERIC BURKE, Corporal
Charlotte County Sheriff; OFFICER PRESSLEY,
Canine Unit Charlotte County Sheriff,

                Defendants.
_____

## ORDER

This matter comes before the Court on "Plaintiff's Notice of Non Compliance to Court's Order of March 24, 2010, at no Fault of Plaintiff's" (Doc. #9) filed on April 23, 2010. The Plaintiff asks the Court to intervene in this matter to ensure that Hardee Correctional Institution returns his Prisoner Consent Form and asks for an extension of time in which to comply with the Court's Order.

On March 24, 2010, the Court Ordered the Plaintiff to file an Amended Complaint and to include a fully executed Prisoner Consent Form by on or about April 21, 2010. Plaintiff indicates that he submitted his request to Hardee Correctional Institute Inmate Banking Department via inmate request form but has yet to receive the information to supply to the Court. The Plaintiff is requesting the Court to intervene in this matter. The Court will not intervene with the Inmate Banking

Department, but will instead give the Plaintiff additional time in which to comply with the Court's Order.

Accordingly, it is now

**ORDERED:**

"Plaintiff's Notice of Non Compliance to Court's Order of March 24, 2010, at no Fault of Plaintiff's" (Doc. #9) is **GRANTED** in part and **DENIED** in part.

The Plaintiff's Motion for Extension of Time is **GRANTED**. Plaintiff shall have up to and including **May 17, 2010** to file his Amended Complaint and fully executed Prisoner Consent Form.

The Plaintiff's request to Intervene with the Hardee Correctional Banking Department is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this 26th day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record