UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERIC L. BOYLE,

                Plaintiff,

-vs-                              Case No. 2:10-cv-168-FtM-36SPC

CHARLOTTE COUNTY, FLORIDA; CITY OF PORT CHARLOTTE, FLORIDA; PORT CHARLOTTE SHERIFF'S DEPARTMENT; J. MILLS, Detective Badge #2063 (Charlotte County Sheriff); CHRIS BARAS, Officer Badge #2090 Charlotte County Sheriff; ERIC BURKE, Corporal Charlotte County Sheriff; OFFICER PRESSLEY, Canine Unit Charlotte County Sheriff,

                Defendants.
_____

**ORDER**

      This matter comes before the Court upon periodic review of the file. The Court notes that on July 29, 2010, the Defendants, Officer Pressley (Doc. # 20), Off. Chris Baras (Doc. # 19), and Detective J. Mills (Doc. # 21) were served with Requests for Waiver of Service. The Defendants elected not to waive service of process in this action. On September 29, 2010, Deputy U. S. Marshal Leeland Brown served process on Officer Pressley incurring service fees costing of $92.50. Dep. Brown also served process upon Off. Baras and Det. J. Mills costing $63.00 each in service fees.

      "If a Defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant . . . the expenses later incurred in making service . . ." Fed. R. Civ. P. 4(d)(2)(A). In this

instance Ofc. Baras traveled to the United States Court House in Fort Myers and was served by the U.S. Marshal at that location. Since the U.S. Marshal did not have to seek out the Defendant, good cause exists to excuse Ofc. Baras from paying the service fee. However, a Deputy U. S, Marshal had to travel in order to serve process upon Ofc. Pressley and Det. J. Mills. Consequently, the Court must impose the cost of service on Ofc. Pressley and Det. Mills.

Accordingly, it is hereby

**ORDERED:**

(1) The Defendant Ofc. Pressley shall forward a check to Clerk of Court within fourteen (14) days of this Order **made payable to the U.S. Marshal in the amount of $92.50.** This fee represents the costs of service upon Defendant. *See* U.S. Marshal Form 285 at (Doc. #27). The Defendant must also file a Notice of Compliance with the Court.

(2) The Defendant Det. J. Mills shall forward a check to Clerk of Court within fourteen (14) days of this Order **made payable to the U.S. Marshal in the amount of $63.00.** This fee represents the costs of service upon Defendant. *See* U.S. Marshal Form 285 at ( Doc. #29). The Defendant must also file a Notice of Compliance with the Court.

**DONE AND ORDERED** at Fort Myers, Florida, this ___7th___ day of October, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record